UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO. 1:12-cv-00261

WAYNE and CARRIE HERR,

    Plaintiff,

v.

STELLAR RECOVERY, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiffs hereby respectfully request that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiffs request the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiffs not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiffs request the Court dismiss this case with prejudice at that time.

                        Respectfully submitted,
                        WAYNE and CARRIE HERR

                        By: s/ Alex Weisberg
                        ALEX D. WEISBERG
                        IBN: 6271510
                        WEISBERG & MEYERS, LLC
                        ATTORNEYS FOR PLAINTIFFS
                        5722 S. Flamingo Road, Ste. 656
                        Cooper City, FL 33330
                        (954) 212-2184
                        (866) 577-0963 fax
                        aweisberg@attorneysforconsumers.com

I HEREBY CERTIFY THAT this Notice was filed on this 16th day of March, 2012, by means of the CM/ECF system which will send notice of electronic filing to the following: Mr. Nicholas D. O'Conner, noconner@hinshawlaw.com and Mr. David Schultz, dschultz@hinshawlaw.com.

        By: s/ Alex Weisberg
ALEX D. WEISBERG
IBN: 6271510
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFFS
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com