UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO. 1:12-cv-00261

WAYNE and CARRIE HERR,

      Plaintiff,

v.

STELLAR RECOVERY, INC.,

      Defendant.

_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES now all parties in the above titled action and represents to the Court that this matter, regarding Plaintiffs' claims against Defendant, has been settled amicably, and would request an entry of Final Order of Dismissal with Prejudice in this matter, with each party to bear its own costs and attorneys' fees.

Dated this 8th day of May, 2012.

/s/ Alex D. Weisberg
Alex Weisberg, Esq.
IBN: 6271510
Weisberg & Meyers, LLC
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
Attorney for Plaintiffs

/s/ Nicholas D. O'Conner & /s/David Schultz-(with consent)
Nicholas D. O'Conner      David Schultz
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago IL 60601
Attorneys for Defendant

## **CERTIFICATE OF SERVICE VIA ELECTRONIC MAIL**

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing Joint Stipulation

for Voluntary Dismissal was served via electronic mail on the following: Nicholas D. O'Conner,

at noconner@hinshawlaw.com and David Schultz, at dschultz@hinshawlaw.com, on May 8,

2012.

By: s/ Alex Weisberg

ALEX D. WEISBERG
IBN: 6271510
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFFS
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com